notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the Michigan Bar Journal.

*Rehearings Denied January 28, 1986:*

*In re* LEGGETT ESTATES (FITHIAN v PAPALINI), Nos. 72968, 72969. Reported *ante,* 77. Certiorari denied by the Supreme Court of the United States on June 9, 1986, 476 US —; 90 L Ed 2d 981 (1986).

PEOPLE v BUCKEY and PEOPLE v McWHORTER, Nos. 73929, 74232. Reported *ante,* 1.

PEOPLE v ALLEN, No. 71658. Reported *ante,* 109.

BURNETT v CUTLER-HAMMER, INC, No. 73749. Reported at 423 Mich 250.

*Order Entered January 28, 1986:*

PEOPLE v JAMES ROBINSON, No. 77211. The certification by the Court of Appeals pursuant to Administrative Order 1984-2 that its decision in this case conflicts with its decision in *People v Davis,* 126 Mich App 66 (1983), is considered and, in the absence of an application for leave to appeal, the Supreme Court declines to take further consideration of the question presented. Court of Appeals No. 81184.

*Leave to Appeal From Attorney Discipline Board Denied January 28, 1986:*

GRIEVANCE ADMINISTRATOR v GLASER, No. 77584. Leave to appeal as cross-appellant is also denied.

*Ordered to Be Published February 6, 1986:*

PROPOSED AMENDMENT OF MCR 5.901-5.994. On order of the Court, the time for comment on proposed MCR 5.901-5.994, juvenile court rules, previously set to expire on February 25, 1986, is extended until May 27, 1986.

*Rehearing Denied February 14, 1986:*

JACKSON v BARTON-MALOW COMPANY, No. 73659. Reported *ante,* 166.

*Leave to Appeal From Attorney Discipline Board Denied February 26, 1986:*

GRIEVANCE ADMINISTRATOR v MOFFETT, Nos. 77499, 77506.